## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

### Oliver W. CUNNIGEN, Petitioner,

v.

### DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 05–3069.

United States Court of Appeals, Federal Circuit.

July 1, 2005.

Oliver W. Cunnigen, pro se.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### Manolito C. FALLORE, Petitioner,

v.

### OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 05–3095.

United States Court of Appeals, Federal Circuit.

July 1, 2005.

Manolito C. Fallore, pro se.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### Jim M. LAXTON, Petitioner,

v.

### UNITED STATES POSTAL SERVICE, Respondent.

No. 05–3142.

United States Court of Appeals, Federal Circuit.

July 1, 2005.

Jim M. Laxton, pro se.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Vanessa R. HARDY, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 05–3185.**

United States Court of Appeals, Federal Circuit.

July 1, 2005.

Vanessa R. Hardy, pro se.

### ORDER

Order Vacated, See 140 Fed.Appx. 258.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

**Mary Ann KOOZIN, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

**No. 05–3198.**

United States Court of Appeals, Federal Circuit.

July 1, 2005.

Mary Ann Koozin, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,